■

Joanne F. MAHONSKI, Individually and as Executrix of the Estate of Francis J. Mahonski, Bernice Winder, Individually and as Administratrix of the Estate of Walter J. Winder, Diane K. Masters, Administratrix of the Estate of Robert C. Mahonski and Executrix of the Estate of Eleanor B. Mahonski, Leona A. Klementovich, Individually and as Administratrix of the Estate of Leo A. Klementovich, and Leo F. Klementovich, Petitioners

v.

Caroline M. ENGEL, Individually and as Executrix of the Estate of Howard A. Engel; Joseph L. Rider, Individually, Trading and doing business as Law Offices of Joseph L. Rider, and as Trustee Ad Litem for Law Offices of Joseph L. Rider; Paul A. Roman, Individually, Trading and doing business as Law Offices of Joseph L. Rider, and as Trustee Ad Litem for Law Offices of Joseph L. Rider; Law Offices of Joseph L. Rider; Range Resources Appalachia, LLC; and Range Resources Corporation, Respondents

No. 800 MAL 2016

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Kevin MCCLAIN, Petitioner

No. 530 EAL 2016

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of April, 2017, the Petition for Allowance of Appeal is DENIED.

■

COMMONWEALTH of Pennsylvania, Respondent

v.

Edwin DAVIS, Petitioner

No. 514 EAL 2016

Supreme Court of Pennsylvania.

April 25, 2017